| Attorney or Party Name, Address, Telephone & FAX Numbers and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Stephen M. Feldman, Esq./SBN: 65773<br>LAW OFFICES OF STEPHEN M. FELDMAN, INC.<br>15915 Ventura Boulevard, Suite 201<br>Encino, CA 91436<br>Tel.: (818) 907-0334<br>Fax : (818) 907-9056<br><br>*Attorney for* Plaintiff, VICKEN HAMBOYAN | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re:

MICHAEL GIORGIO

Debtor.

| | |
|---|---|
| VICKEN HAMBOYAN<br><br>Plaintiff(s). | CHAPTER ___7___<br>CASE NUMBER 10-58216-BB |
| vs.<br><br>MICHAEL GIORGIO<br><br>Defendant(s). | ADVERSARY NUMBER<br>11-01535-BB |
| | DATE: 4/26/11<br>TIME: 2:00 p.m.<br>PLACE: Courtroom 1475 |

## JOINT STATUS REPORT
## LOCAL BANKRUPTCY RULE 7016-1(a)(2)

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

The parties submit the following JOINT STATUS REPORT in accordance with Local Bankruptcy Rule 7016-1(a)(2):

**A.    PLEADINGS/SERVICE:**

1.    Have all parties been served?                    ☒ Yes  ☐ No

2.    Have all parties filed and served answers to the complaint/    ☒ Yes  ☐ No
      counter-complaints/etc.?

3.    Have all motions addressed to the pleadings been resolved?    ☒ Yes  ☐ No

4.    Have counsel met and conferred in compliance with Local Bankruptcy    ☒ Yes  ☐ No
      Rule 7026-1?

5.    If your answer to any of the four preceding questions is anything other than an unqualified "YES," then please
      explain below *(or on attached page)*:

*(Continued on next page)*

Joint Status Report - *Page 2*                    **F 7016-1.1**

| In re MICHAEL GIORGIO | CHAPTER 7 |
|---|---|
| Debtor. | CASE NUMBER 10-58216-BB |

**B.**    **READINESS FOR TRIAL:**

1.    When will you be ready for trial in this case?

| Plaintiff | Defendant |
|---|---|
| June 28, 2011 | December 10, 2011 |

2.    If your answer to the above is more than four (4) months after the summons issued in this case, give reasons for further delay.

| Plaintiff | Defendant |
|---|---|
| | Conduct Discovery, Participate in Mediation |

3.    When do you expect to complete <u>your</u> discovery efforts?

| Plaintiff | Defendant |
|---|---|
| May 31, 2011 | October 15, 2011 |

4.    What additional discovery do you require to prepare for trial?

| Plaintiff | Defendant |
|---|---|
| Request for Production of Documents, Deposition of Michael Giorgio | Interrogatories, Requests for Production, Requests for Admission, Deposition of Vicken Hamboyan and Related Parties |

**C.**    **TRIAL TIME:**

1.    What is your estimate of the time required to present <u>your side of the case</u> at trial (including rebuttal stage if applicable)?

| Plaintiff | Defendant |
|---|---|
| 1 day | 3-5 days |

2.    How many witnesses do you intend to call at trial (including opposing parties)?

| Plaintiff | Defendant |
|---|---|
| 4 | 4-6 |

3.    How many exhibits do you anticipate using at trial?

| Plaintiff | Defendant |
|---|---|
| 35 | 25-50 |

*(Continued on next page)*

Joint Status Report - *Page 3*                    **F 7016-1.1**

| In re MICHAEL GIORGIO | CHAPTER 7 |
|---|---|
| Debtor. | CASE NUMBER 10-58216-BB |

**D.    PRE-TRIAL CONFERENCE:**

A pre-trial conference is usually conducted between a week to a month before trial, at which time a pre-trial order will be signed by the court. [See Local Rule 7016-1.]  If you believe that a pre-trial conference is not necessary or appropriate in this case, please so note below, stating your reasons:

<u>Plaintiff</u>                                        <u>Defendant</u>

Pre-trial conference (is)/(is not) requested.          Pre-trial conference (is)/(is not) requested.
Reasons: _____          Reasons: Limit Facts and issues in Dispute
_____          _____
_____          _____
_____          _____

<u>Plaintiff</u>                                        <u>Defendant</u>

Pre-trial conference should be set <u>after</u>:          Pre-trial conference should be set <u>after</u>:

(date) 5/16/11 _____          (date) November 1, 2011

**E.    SETTLEMENT:**

1.    What is the status of settlement efforts?
      Ongoing

2.    Has this dispute been formally mediated?        ❏  Yes    ☒  No
      If so, when?

3.    Do you want this matter sent to mediation at this time?

              Plaintiff                    Defendant
       ☒  Yes   ❏  No          ☒  Yes   ❏  No

*(Continued on next page)*

*Rev 1/01*   This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.          **F 7016-1.1**

Joint Status Report - *Page 4*                                    **F 7016-1.1**

| In re MICHAEL GIORGIO | CHAPTER 7 |
|---|---|
| Debtor. | CASE NUMBER 10-58216-BB |

**F.** <u>ADDITIONAL COMMENTS/RECOMMENDATIONS RE TRIAL:</u> *(Use additional page if necessary.)*

There is a potentially related case pertaining to a subsequently filed adversary action entitled Vicken Hamboyan, Plaintiff, Agnes O. Kiss, Defendant, Bankruptcy Case No. 11-12719-PC, Adversary Case No. 11-01840-PC

Plaintiff's counsel has a prepaid vacation scheduled for June 2, 2011 through June 19, 2011 and a Trial scheduled for June 20, 2011.

Defendant Michael Giorgio will seek to relate Adversary Proceeding 2:11-ap-01539-BB to this matter as involving the same common nucleus of operative fact.

Respectfully submitted,

Dated: *APRIL 7, 2011*

Dated: *April 7, 2011*

LAW OFFICES OF STEPHEN M. FELDMAN

LAW OFFICES OF DAREN M. SCHLECTER

*Firm Name*

*Firm Name*

By: *Stephen M. Feldman*

By:

Name: STEPHEN M. FELDMAN

Name: DAREN M. SCHLECTER

Attorney for: Plaintiff, VICKEN HAMBOYAN

Attorney for: Defendant, MICHAEL GIORGIO

*Rev 1/01* This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.    **F 7016-1.1**

| In re: | CHAPTER: **7** |
|---|---|
| **Michael Giorgio** | |
| Debtor(s). | CASE NUMBER: **2:11-ap-01535-BB** |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.  Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**1925 Century Park East
Suite 830
Los Angeles, CA 90067**

A true and correct copy of the foregoing document described as   **JOINT STATUS REPORT**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On   **4/8/2011**   , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

   **None**

☐ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On   **4/8/2011**   , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Judge: The Honorable Judge Sheri Bluebond, United States Bankruptcy Court - Central District of California, Edward R. Roybal Federal Building and Courthouse, 255 E. Temple Street, Suite 1482 / Courtroom 1475, Los Angeles, CA 90012
Attorney for Plaintiff: Stephen M Feldman, 15915 Ventura Blvd Ste 201, Encino, CA 91436
Chapter 7 Trustee: Brad D Krasnoff, 221 N. Figueroa Street, Suite 1200, Los Angeles, CA 90012
United States Trustee:  United States Trustee, 725 S Figueroa St., 26th Floor, Los Angeles, CA 9001**

☐ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 8, 2011 | Daren M. Schlecter 259537 | /s/ Daren M. Schlecter |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.